STATE of Missouri, Respondent,

v.

Jay Derico JONES, Appellant.

No. WD 69919.

Missouri Court of Appeals,
Western District.

Sept. 29, 2009.

James B. Farnsworth, for Respondent.

Nancy A. McKerrow, for Appellant.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and MARK D. PFEIFFER, Judge.

### ORDER

PER CURIAM:

Jay Derico Jones appeals the trial court's denial of his motion to suppress evidence obtained during a search incident to his arrest. On appeal, Jones claims that the trial court erred in denying his motion because the evidence was discovered as the result of an unlawful seizure. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).

John HEYER, Appellant,

v.

MISSOURI STATE HIGHWAY PATROL, Respondent.

No. WD 70544.

Missouri Court of Appeals,
Western District.

Sept. 29, 2009.

Melissa A. Featherston, Esq., St. Louis, MO, for appellant.

Katleen R. Robertson, Esq., Jefferson City, MO, for respondent.

Before ALOK AHUJA, P.J., and JAMES M. SMART and LISA WHITE HARDWICK, JJ.

### ORDER

PER CURIAM:

John Heyer appeals the circuit court's dismissal of his First Amended Petition for Declaratory Judgment and Permanent Injunction. Heyer's petition alleged that Missouri authorities had erroneously required him to register as a sex offender under what is now § 589.400.1(7), RSMo Cum.Supp.2008, based on his convictions of one count of Sexual Abuse and two counts of Public Sexual Indecency in the Superior Court of Maricopa County, Arizona. We affirm. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).